# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 17-00154-01-CR-W-GAF |
| ) | |
| RAMON C. EDWARDS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

On October 30, 2017, Defendant appeared pursuant to Fed.R.Crim.P. 11, Local Rule 72.1(j)(27), and 28 U.S.C. § 636 and entered a plea of guilty to Counts One and Two of the Indictment (doc. 1) before United States Magistrate Judge John T. Maughmer. On October 30, 2017, Judge Maughmer issued his Report and Recommendation (doc. 18). Objections were due on or before November 13, 2017. No objections were filed.

Upon careful and independent review, this Court finds that defendant's plea was knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses. Accordingly, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John T. Maughmer.

Accordingly, it is hereby ORDERED that defendant's plea of guilty is accepted and defendant is adjudged guilty. The defendant's sentencing hearing will be scheduled and the parties notified of the date and time of sentencing.

SO ORDERED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: November 14, 2017